UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2009 SEP 29 P 4: 13

DARRIN KENNY LEWIS, SR.,
INDIVIDUALLY AND AS A NATURAL
TUTOR OF HIS MINOR CHILDREN,
A AND B

VERSUS

ASCENSION PARISH SCHOOL BOARD

CIVIL ACTION

NO. 08-193-C

# JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the Motion to Dismiss and/or for Summary Judgment (rec.doc. 36) filed by defendant, the Ascension Parish School Board, is granted and all claims of plaintiff, Darrin Kenny Lewis, Sr., individually and as natural tutor of him minor children, A and B, asserted herein are dismissed with prejudice.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, September 29, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA